IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sheila L.,

          Plaintiff,

v.

Commissioner of Social Security,

          Defendant.

Case No. 2:24-cv-4253

Judge Graham

Magistrate Judge Jolson

## Order

This matter is before the Court for consideration of the June 11, 2025 Report and Recommendation of the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The Magistrate Judge recommended that the Commissioner of Social Security's decision denying benefits prior to November 23, 2023 be reversed and that this case be remanded to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. § 405(g).

The Report and Recommendation specifically advised the parties that a failure to object within fourteen days of the date of the Report would result in waiver of the right to have the District Judge review the Report and Recommendation *de novo* and a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. The time period for filing objections has expired, and no party has objected to the Report and Recommendation.

Upon review, the Court agrees with the Report and Recommendation (Doc. 12), and it is hereby adopted. The Commissioner of Social Security's decision denying benefits prior to November 23, 2023 is REVERSED and this case is REMANDED to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. § 405(g).

                                                                       s/ James L. Graham
                                                                       JAMES L. GRAHAM
                                                                       United States District Judge

DATE: June 30, 2025